he  UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiffs,

      v.

GALLUP & WHALEN SANTA MARIA, et al.,

        Defendants.

Case No.  17-cv-01191-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 2, 2018 at 3:00 PM.
Counsel ***must*** file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: April 13, 2018.

DESIGNATION OF EXPERTS: 3/16/18; REBUTTAL: 3/30/18;
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: April 13, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; April 20, 2018;
      Opp. Due: May 5, 2018; Reply Due: May 11, 2018;
      and set for hearing no later than May 25, 2018 at 10:00 AM.

PRETRIAL CONFERENCE DATE: June 26, 2018 at 3:30 PM.

JURY TRIAL DATE: July 9, 2018 at 8:30 AM.
      Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 3 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The Court advised plaintiff that any motion for leave to file an amended complaint is filed, it must be done quickly as to not affect the trial date.

United States District Court
Northern District of California

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated: 12/22/17

                                                 SUSAN ILLSTON
                                                 United States District Judge