UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>GALLUP & WHALEN SANTA MARIA, et al.,<br><br>        Defendants. | Case No. 17-cv-01191-SI<br><br>**JUDGMENT** |

The Court has granted in part defendants' motion for summary judgment on the ADA claim and dismissed the remaining claim without prejudice. Judgment is entered accordingly. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 11, 2018

SUSAN ILLSTON
United States District Judge